[No. 16576-7-II.    Division Two.    June 3, 1994.]

ALLSTATE INSURANCE COMPANY, *Respondent*, v. LYDIA KELLER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-2-00660-2, Don L. McCulloch, J., entered October 16, 1992. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 16288-1-II.    Division Two.    June 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT A. SIMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-1-00796-2, Paula Casey, J., entered July 24, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.

[No. 16464-7-II.    Division Two.    June 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL O. VILLALTA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-1-00189-9, Victoria Meadows, J., entered September 21, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.